JUDGMENT  FILED: June 14, 2005

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

RECEIVED
USDC CLERK, CHARLESTON, SC

2005 JUL -8  A 10: 50

No. 04-4182
CR-98-322

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

TERRANCE L. SMALLS, a/k/a T

    Defendant - Appellant

---

Appeal from the United States District Court for the
District of South Carolina at Beaufort

---

In accordance with the written opinion of this Court filed this day, the Court vacates the judgment of the District Court. This case is remanded to the District Court for further proceedings consistent with the Court's opinion.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
---
CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY: [signature]
Deputy Clerk